# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT JAMES REPELLA,      :

        Plaintiff      :   **CIVIL ACTION NO. 3:18-0112**

        **vs.**       :      **(MANNION, D.J.)**
                                 **(CARLSON, M.J.)**

NANCY A. BERRYHILL, ACTING   :
COMMISSIONER OF SOCIAL
SECURITY,                :

        Defendant     :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.   The plaintiff's objections to the report and recommendation, (Doc. 17), are **OVERRULED**;

2.   Judge Carlson's report and recommendation, (Doc. 16), is **ADOPTED**;

3.   The Commissioner's motion to dismiss the plaintiff's appeal, (Doc. 11), is **GRANTED**, and the plaintiff's appeal, (Doc. 1), is **DISMISSED** for lack of jurisdiction; and

4.   The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: **July 16, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0112-01-Order.wpd